# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Statesboro Division

2008 JUL -9 AM 11: 22

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Johnny Ray Kirkland | ) Case No: CR699-00017-001 |
| | ) USM No: 10249-021 |
| Date of Previous Judgment: March 21, 2000 | ) Jerry N. Cadle |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 31 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 188 to 235 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

The Court notes that the defendant is a career offender, pursuant to U.S.S.G. § 4B1.1. The amendment to the crack cocaine guideline does not impact the defendant's guideline computations for that reason.

Except as provided above, all provisions of the judgment dated ___March 21, 2000,___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 7-9-2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)

Printed name and title